**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820
MDDAMDChambers@mdd.uscourts.gov

April 15, 2005

MEMORANDUM TO COUNSEL RE:

Eastern Materials, Inc. v. Heidelberger Zement Group
Case No. AMD 05-41

The briefing on the motion to dismiss pursuant to Fed.R.Civ.P. 12(b)(6) has been read and considered. I deem it appropriate to rule in this informal manner. No hearing is needed.

I agree with defendants that, even drawing all inferences in favor of plaintiff, under no circumstances provable in light of the facts alleged in the complaint can plaintiff make out a cognizable RICO claim. As a matter of law, plaintiff can allege neither a "pattern of racketeering activity," *see generally Marketing Products Management, LLC v. Healthandbeautydirect.com, Inc.,* 333 F.Supp.2d 418 (D.Md. 2004), nor the existence of an "enterprise," *see United States v. Turkette,* 452 U.S. 576, 583 (1981).

As the sole federal claim is hereby dismissed, and in the absence of complete diversity of citizenship (plaintiff and defendant Steven P. Rowe are Maryland citizens), the remaining claims shall be dismissed without prejudice for lack of jurisdiction. *See* 28 U.S.C. § 1367(c)(3). An order follows.

Very truly yours,

/s/

Andre M. Davis
United States District Judge

AMD:tt